LODGED

2012 JUN 26 AM 10:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>DEBRA BOWEN, California Secretary of State<br><br>        Defendant. | CASE No. CV 12 - 05547 PA SPx<br><br>[LODGED][PROPOSED] ORDER in re PLAINTIFF's EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:<br>Time:<br>Room: |

    ON THE EX PARTE APPLICATION OF PLAINTIFF ELISE BROWN, FOR GOOD CAUSE HAVING BEEN SHOWN, the COURT ORDERS:

    (1) The hearing on Plaintiff's Motion for Preliminary Injunction is set for July 11, 2012, 10 am, Dept. ____ [-or-July __, 2012, 10 am, Dept. __]

    (2) Plaintiff's Motion for Preliminary Injunction be served by the end of business on June 27, 2012 upon the court electronically and by fax the Secretary of State [-or-July __, 2012, 10 am, Dept. __],

    (3) Defendant's opposition be due by July 6, 2012 by fax [-or-July __, 2012, 10 am, Dept. __],

    (4) Any reply due by July 9, 2012 electronically as to the court and via fax

as to the Secretary of State fax  [-or-July __, 2012, 10 am, Dept. __],

  (5) Plaintiff is to serve a copy of this order;

[ALTERNATIVELY] [The Court asks the deadline to prepare and deem filed the Certificates of Nomination for Congressional candidates, be stayed until _____, that the motion for preliminary injunction be served by_____, defendant's opposition be served by _____ and any plaintiff reply served by _____.

Date:_____      _____
                  DISTRICT COURT JUDGE