1  KAMALA D. HARRIS
   Attorney General of California
2  PETER A. KRAUSE
   Supervising Deputy Attorney General
3  GEORGE WATERS
   Deputy Attorney General
4  State Bar No. 88295
    1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone: (916) 323-8050
   Fax: (916) 324-8835
7  E-mail: George.Waters@doj.ca.gov
   *Attorneys for Debra Bowen*
8  *as California Secretary of State*

9

10           IN THE UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| **ELISE BROWN, and all persons similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**DEBRA BOWEN, Secretary of State of California,**<br><br>Defendant. | Case No. CV12- 5547 P A (SPx)<br><br>**CALIFORNIA SECRETARY OF STATE'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          ex parte<br>Time:          ex parte<br>Room/Courtroom: 163/15<br>Judge:         Honorable Percy Anderson<br>Trial Date:    N/A<br>Action Filed:      06/26/2012 |

14

15

16

17

18

19

20

21

22

23

24        This response is filed by defendant Debra Bowen, California Secretary of

25  State.

26        Plaintiff has inexcusably delayed filing this action and has shown no

27  justification for an expedited hearing on her preliminary injunction.  She objects to

28  California's top-two primary, particularly that there will be two candidates from the

Response To Plaintiff's Ex Parte Application For
Order Shortening Time On  Motion For Preliminary
Injunction (CV12- 5547 P A (SPx)

1   same party (Republican) on the November general election ballot for Congressional

2   District 8. But the fact that California's top-two primary could produce two general

3   election candidates from the same party has been widely known for more than two

4   years. The top-two primary was on the June 8, 2010 ballot as Proposition 14. The

5   Official Title and Summary, printed in the *Official Voter Information Guide*,[1]

6   stated: "Provides that only the two candidates receiving the greatest number of

7   votes in the primary will appear on the general election ballot regardless of party

8   preference." The Argument Against Proposition 14 stated:

> This means voters may be forced to choose between two candidates from
> the same political party. Democrats could be forced to choose between
> two Republicans, or not vote at all.

11   The fact that there are two candidates from the same party in the general election

12   can come as no surprise.

13         Having said that, defendant does not oppose any briefing schedule, at the

14   discretion of the Court, that allows her until July 6 or later to file an opposition to

15   the preliminary injunction motion. Defendant respectfully requests that the hearing

16   not be regularly scheduled for July 23 (as proposed by plaintiff in her ex parte

17   application at p. 2, ll. 1-3) because, under Local Rule 7-9, that would make

18   defendant's opposition due on Monday, July 2, an unreasonable and burdensome

19   deadline.

20   /  /  /

21   /  /  /

22

23

24

25

26

---

27   [1] The Official Voter Information Guide for the June 8, 2010 election is
available on the Secretary of State's web site at
http://voterguide.sos.ca.gov/past/2010/primary/propositions/14/.

28

Response To Plaintiff's Ex Parte Application For
Order Shortening Time On Motion For Preliminary
Injunction (CV12- 5547 P A (SPx)

1

2        Finally, defendant objects to plaintiff's alternative remedy – that Certificates

3 of Election for Congressional candidates be stayed pending further order of the

4 Court.  Such an order could delay the November Congressional election, and is

5 wholly unsupported by plaintiff's memorandum.

6 Dated:  June 29, 2012                              Respectfully submitted,

7                                         KAMALA D. HARRIS
                                        Attorney General of California

8                                         DOUGLAS J. WOODS
                                        Senior Assistant Attorney General

9

10                                         /s/ GEORGE WATERS

11                                         GEORGE WATERS
                                        Deputy Attorney General

12                                         *Attorneys for Debra Bowen*
                                        *as California Secretary of State*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Response To Plaintiff's Ex Parte Application For
Order Shortening Time On  Motion For Preliminary
Injunction (CV12- 5547 P A (SPx)

# CERTIFICATE OF SERVICE

Case Name:    **Brown v. Bowen**                    No.    CV12- 5547 P A (SPx)

I hereby certify that on June 29, 2012, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CALIFORNIA SECRETARY OF STATE'S RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 29, 2012, at Sacramento, California.


Brenda Apodaca                               /s/ Brenda Apodaca
Declarant                                        Signature


10919960.doc