# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-5547 PA (SPx) | | Date | July 2, 2012 |
|---|---|---|---|---|
| Title | Elise Brown v. Debra Bowen | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

Before the Court is an Ex Parte Application for an Order Shortening Time (Docket No. 3) filed by plaintiff Elise Brown ("Plaintiff"). Defendant California Secretary of State Debra Bowen ("Defendant" or "Secretary of State") filed an Opposition to the Ex Parte Application in which she stated that she did not object to any briefing schedule on Plaintiff's Motion for Preliminary Injunction that allows Defendant until at least July 6, 2012, to file an Opposition. The Court therefore grants Plaintiff's Ex Parte Application for an Order Shortening Time. The Secretary of State's Opposition to the Motion for Preliminary Injunction shall be filed no later than 3:00 p.m. on July 6, 2012. Plaintiff's Reply shall be filed no later than 3:00 p.m. on July 9, 2012. Once the Court has reviewed the briefs, the Court will determine if oral argument is necessary and inform the parties of the date and time of the oral argument, if any.

   IT IS SO ORDERED.