JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBRA BOWEN,<br><br>    Defendant. | CV 12-5547 PA (SPx)<br><br>JUDGMENT |

Pursuant to the Court's October 9, 2012 Minute Order granting the Motions to Dismiss filed by defendants Debra Bowen ("Secretary of State") and intervener-defendants Independent Voter Project, Californians to Defend the Open Primary, Abel Maldonado, and David Takashima (collectively "Interveners"), which dismissed all of the claims asserted by plaintiff Elise Brown ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Secretary of State and Interveners shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

. . . .

. . . .

. . . .

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the Secretary of State and Interveners shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 9, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE